

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2020

No. 04-19-00208-CV

**J.K. IVEY**,
Appellant

v.

**TODD MARQUARDT LAW FIRM**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI24208
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Sitting:     Luz Elena Chapa, Justice
             Irene Rios, Justice
             Liza A, Rodriguez, Justice

This is an interlocutory appeal from the trial court's March 19, 2019 order issuing a temporary injunction. In his brief, Appellant J. K. Ivey complains that the trial court erred in issuing the temporary injunction. Recently, Appellee Shumway Van filed a copy of the trial court's January 8, 2020 Agreed Order Vacating Injunction. This order by the trial court vacated its March 19, 2019 temporary injunction. Therefore, it appears that this appeal is now moot. *See McDowell v. McDowell*, No. 02-16-00038-CV, 2016 WL 4141029, at *2 (Tex. App.—Fort Worth Aug. 4, 2016, no pet.) (mem. op.) (dismissing appeal as moot because temporary injunction at issue had been vacated by trial court); *Momentum Capital Funding, LLC v. Dill*, No. 04-16-00039-CV, 2016 WL 3031059, at *1 (Tex. App.—San Antonio May 25, 2016, no pet.) (mem. op.) (same).

We therefore ORDER appellant to show cause in writing by **April 27, 2020** why this appeal should not be dismissed as moot. *See* TEX. R. APP. P. 42.3(a), (c), 43.2(f).

It is so **ORDERED** on April 15, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT

